```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 50855
  SAMARA ELAM
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-6808

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 01/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

     The case was dismissed after confirmation 10/23/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
  WILSHIRE CREDIT CORPORAT  CURRENT MORTG          .00             .00              .00
  WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE     2327.67             .00          2327.67
  AMERICAN GENERAL FINANCE  SECURED            900.00             .00           753.08
  CHASE AUTO FINANCE        SECURED          11650.00         1876.17          9492.27
  CHASE AUTO FINANCE        UNSECURED         2766.73             .00              .00
  ASPIRE                    UNSECURED          672.64             .00              .00
  CCA                       UNSECURED        NOT FILED            .00              .00
  AT & T WIRELESS           UNSECURED        NOT FILED            .00              .00
  PENN CREDIT               UNSECURED        NOT FILED            .00              .00
  ROSELAND COMMUNITY HOSPI  UNSECURED        NOT FILED            .00              .00
  COMMONWEALTH EDISON       UNSECURED          804.11             .00              .00
  ARISTA RECORDS            UNSECURED         6250.00             .00              .00
  ECAST SETTLEMENT CORP     UNSECURED          271.47             .00              .00
  AMERICAN GENERAL FINANCE  FILED LATE         226.70             .00              .00
  ERNESTO D BORGES JR       DEBTOR ATTY      2,700.00                          2,700.00
  TOM VAUGHN                TRUSTEE                                            1,095.95
  DEBTOR REFUND             REFUND                                                11.86

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE                   18,257.00

  PRIORITY                                             .00
  SECURED                                        12,573.02
      INTEREST                                    1,876.17
  UNSECURED                                            .00
  ADMINISTRATIVE                                  2,700.00
  TRUSTEE COMPENSATION                            1,095.95
  DEBTOR REFUND                                      11.86
                            ---------------    ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 50855 SAMARA ELAM
```

TOTALS                                    18,257.00           18,257.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 01/27/09                     _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE